PER CURIAM.

(No. 6934

COUCH & HEYLE, Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed June 28, 1973.*

HEYL, ROYSTER, VOELKER & ALLEN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.